## THIRD DISTRICT.

Ernest Roy Nunes, appellee, v. City of Jacksonville, appellant. Gen. No. 8,846.

Heard in this court at the January term, 1935. Opinion filed April 12, 1935. Rehearing denied July 8, 1935.

Orville N. Foreman and E. W. Cleary, for appellant. L. C. Arnold, for appellee.

Mr. Presiding Justice Fulton delivered the opinion of the court.